IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CARL A. BOWEN,
ADC #161029                                                                                              PLAINTIFF

v.                                            3:21CV00009-BSM-JTK

DOUGLAS FURR, et al.                                                                                DEFENDANTS

### ORDER

Defendants' Motion to Compel (Doc. No. 25), to which Plaintiff Carl A. Bowen ("Plaintiff") did not respond, is GRANTED. According to Defendants' Brief in Support, Plaintiff returned to Defendants an executed medical release form that was attached to Defendants' Interrogatories and Requests for Production. (Doc. No. 26). Plaintiff did not, however, return to Defendants his responses to Defendants' Interrogatories and Requests for Production, or a copy of a disciplinary appeal Plaintiff identified as related to his claims. Plaintiff is directed to send to Defendants his responses to Defendants' Interrogatories and Requests for Production, and a copy of a disciplinary appeal, within fifteen days of the date of this Order.

IT IS SO ORDERED this 13th day of October, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE