IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CARL A. BOWEN,
ADC #161029                                                                                    PLAINTIFF

v.                                        3:21CV00009-BSM-JTK

DOUGLAS FURR, et al.                                                                    DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Carl A. Bowen ("Plaintiff") filed this pro se 42 U.S.C. § 1983 action on January 8, 2021, while incarcerated at the East Arkansas Regional Unit of the Arkansas Division of Correction. (Doc. No. 2)

On September 9, 2021, Defendants Douglas Furr and Willie Jenkins (collectively, "Defendants") filed a Motion to Compel, and on September 13, 2021, this Court directed Plaintiff to respond to Defendants' Motion within fifteen days of the date of the Order. (Doc. Nos. 25, 27). Plaintiff did not respond. On October 13, 2021, the Court granted Defendants' Motion to Compel and directed Plaintiff to comply with the Order within fifteen days. (Doc. No. 30).

On November 2, 2021, Defendants filed their Motion to Dismiss for Lack of Prosecution. (Doc. No. 33). Again, Plaintiff has not filed a response.

According to Defendants, Plaintiff never responded to the interrogatories and requests for production that Defendants served, and likewise failed to provide Defendants a copy of a disciplinary appeal Plaintiff identified as related to his claims. (Doc. No. 34). Defendants ask that Plaintiff's Complaint be dismissed as a result of his failure to provide discovery responses. (Doc. Nos. 33-34).

The Court notes that Plaintiff failed to respond to Defendants' Motion to Compel after being directed to do so. Further, Plaintiff failed to provide discovery responses after the Court granted Defendants' Motion to Compel. Now Plaintiff has failed to rebut Defendants' assertions, or otherwise explain his circumstances, in a response to Defendants' Motion to Dismiss. In this situation, the court finds dismissal of Plaintiff's Complaint, without prejudice, appropriate under Federal Rules of Civil Procedure 37(d) and 41(b).

IT IS, THEREFORE, RECOMMENDED that:

1. Defendants' Motion to Dismiss (Doc. No. 33) be GRANTED.

2. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

IT IS SO RECOMMENDED this 17th day of November, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE