IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARL A BOWEN**  **PLAINTIFF**
ADC #161029

v.  CASE NO. 3:21-CV-00009-BSM

**DOUGLAS FURR**, *et al.*,  **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 35] are adopted. Defendants' motion to dismiss [Doc. No. 33] is granted, and plaintiff's complaint [Doc. No. 2] is dismissed without prejudice.

IT IS SO ORDERED this 10th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE