IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARL A BOWEN**  PLAINTIFF
**ADC #161029**

v.   CASE NO. 3:21-CV-00009-BSM

**DOUGLAS FURR**, *et al.*,  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE